ACCEPTED
06-15-00130-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/22/2015 11:58:25 AM
DEBBIE AUTREY
CLERK

 **STROMBERG STOCK**

susan@strombergstock.com
Direct: 972.458.5361

December 22, 2015

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

12/22/2015 11:58:25 AM

DEBBIE AUTREY
Clerk

<u>**VIA E-FILE**</u>

Court of Appeals
Sixth Appellate District
State of Texas

RE:  Cause No. 06-15-00103-CV; *Highland Pines Nursing and Rehabilitation, and Tabitha Ayers v. Shakeitha Wiley*

To Whom It May Concern:

Let this letter serve as notice that payment has been made regarding the electronic filing of the Appellants' Docketing Statement via efiletexas.gov.

Thank you for your assistance.  Please contact me if you should have any questions.

Very truly yours,

Susan J. Travis

www.strombergstock.com
8750 N. Central Expressway, Suite 625, Dallas, Texas 75231
Main Phone: 972.458.5353   Fax: 972.861.5339